UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRELLA HARRISON,<br>        Plaintiff,<br>   v.<br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br>        Defendants. | Case No. 13-cv-05585-VC<br><br>**ORDER GRANTING IN PART MOTION FOR DISCOVERY**<br>Re: Dkt. No. 27 |

The motion for discovery is granted in part. Harrison may conduct discovery designed to determine whether the conflict of interest infected the decision to deny her claim. For example, Harrison may conduct discovery about statistics regarding Metropolitan Life's claim-handling history, about whether the people involved in the decision to deny Harrison's claim had any financial incentive to do so, and about any directions received by those people about how to handle claims. This discovery may be conducted by way of one set of document requests, one set of interrogatories, one set of requests for admission, and one Rule 30(b)(6) deposition.

The question whether the Court should review the denial of Harrison's claim for abuse of discretion or *de novo* (based on whether Section 10110.6 of the California Insurance Code precludes the exercise of discretion in this case and if so whether the statute is preempted by ERISA) is more complicated. The Court will address that question in a separate order.

**IT IS SO ORDERED.**

Dated: September 2, 2014

_____
VINCE CHHABRIA
United States District Judge