UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIRELLA HARRISON,

    Plaintiff,

    v.

METROPOLITAN LIFE INSURANCE COMPANY, et al.,

    Defendants.

Case No. 13-cv-05585-VC

**ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFS**

Re: Dkt. No. 27

The parties are directed to file supplemental briefs on the issue whether this Court should review de novo the defendants' decision to deny benefits. The briefs should include a discussion of the following: (1) the Supreme Court's statement, in *UNUM Life Insurance Co. of America v. Ward*, 526 U.S. 358 (1999), that ERISA plans cannot displace state regulation of insurance "simply by inserting a contrary term in plan documents," because "[t]his interpretation would virtually rea[d] the saving clause out of ERISA." *Id.* at 376 (internal quotation marks omitted); and (2) whether, irrespective of the operation of California Insurance Code § 10110.6, the grant of discretion in the Kaiser Plan Document ("KPD") is effective where there is no corresponding grant of discretion in the underlying policy, where the policy includes an integration clause, and where the KPD states "[t]his document incorporates by reference all Contracts . . . in effect from time to time . . . for each and every Plan. In the event of conflict between this document and any such Contract, the Contract will prevail," Hull Decl., Ex. B, ADMIN 1503. *See* G*rosz-Salomon v. Paul Revere Life Ins. Co.*, 237 F.3d 1154, 1161–62 (9th Cir. 2001); *see also Jobe v. Medical Life Ins. Co.*, 598 F.3d 478, 484–86 (2010); *Schwartz v. Prudential Ins. Co. of Am.*, 450 F.3d 697, 699 (7th Cir. 2006); *Shaw v. Connecticut Gen. Life Ins. Co.*, 353 F.3d 1276, 1283 (11th Cir. 2003).

    Harrison's supplemental brief shall be filed no later than 10 days from the date of this

Order.  The defendants' supplemental brief shall be filed no later than 7 days after Harrison's supplemental brief is filed.  Harrison's reply brief, if any, shall be filed no later than 7 days after the defendants' answering brief.  Each primary brief shall not exceed 15 pages, and Harrison's reply brief shall not exceed 10 pages.  The briefs should be formatted in a standard 12-point serif font such as Times New Roman or Book Antiqua.

**IT IS SO ORDERED**.

Dated:  October 17, 2014


_____
VINCE CHHABRIA
United States District Judge