| | |
|---|---|
| 1 | THE GREY LAW FIRM, P.C. |
| | REBECCA GREY  Bar No. 194940 |
| 2 | grey@greylaw-sf.com |
| | LAUREN CURTIS  Bar No. 293105 |
| 3 | lauren@greylaw-sf.com |
| | 235 Montgomery Street, Suite 1101 |
| 4 | San Francisco, CA  94104 |
| | Telephone:    415.262.9926 |
| 5 | Facsimile:    415.262.9981 |
| 6 | Attorneys for Plaintiff |
| | MIRELLA HARRISON |
| 7 | |
| | SEDGWICK LLP |
| 8 | REBECCA A. HULL  Bar No. 99802 |
| | rebecca.hull@sedgwicklaw.com |
| 9 | ERIN A. CORNELL  Bar No. 227135 |
| | erin.cornell@sedgwicklaw.com |
| 10 | 333 Bush Street, 30th Floor |
| | San Francisco, CA  94104-2834 |
| 11 | Telephone:    415.781.7900 |
| | Facsimile:    415.781.2635 |
| 12 | |
| | Attorneys for Defendants |
| 13 | METROPOLITAN LIFE INSURANCE COMPANY and |
| | KAISER PERMANENTE FLEXIBLE BENEFITS PLAN, |
| 14 | incorrectly sued herein as KAISER FOUNDATION |
| | HEALTH PLAN, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRELLA HARRISON, | Case No. 3:13-cv-05585 VC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF ACTION** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY; KAISER FOUNDATION HEALTH PLAN, INC., | |
| Defendants. | |

19625128v1

1  Plaintiff Mirella Harrison ("plaintiff") and defendants Metropolitan Life Insurance
2  Company ("MetLife") and Kaiser Permanente Flexible Benefits Plan, incorrectly sued as Kaiser
3  Foundation Health Plan, Inc. ("the Plan") (collectively "Defendants"), through their counsel of
4  record herein, hereby stipulate and agree as follows:

5  On October 23, 2014, defendants agreed to reinstate plaintiff's claim for long term
6  disability ("LTD") benefits under the Plan's "own occupation" definition of "disability", and to
7  pay past due LTD benefits from June 16, 2012 through June 16, 2014.  As the amount of past
8  due benefits has not been administratively determined, Plaintiff anticipates there may be further
9  justiciable disputes regarding the amount and duration of benefits, including any applicable
10 offsets.

11  The parties presently anticipate that plaintiff will submit any and all documents in
12 support of her eligibility for LTD benefits under the Plan's "any occupation" definition of
13 disability by January 24, 2015.  Plaintiff does not hereby waive any rights under ERISA
14 including MetLife's fiduciary obligations to investigate her claim for benefits, the notice
15 prejudice rule, or any other applicable regulation, legal authority or plan term.  When the review
16 is completed and the benefit determination has been made, the parties will either notify the court
17 that the matter is concluded and request a dismissal, or will notify the Court that the matter
18 should be restored to the Court's active calendar.  Therefore, the parties respectfully request that
19 the Court stay this action pending MetLife's determination regarding plaintiff's entitlement to
20 benefits beyond June 16, 2014.

21  Upon notice by MetLife of its determination regarding Plaintiff's entitlement to benefits
22 beyond June 16, 2014 and exhaustion by Plaintiff of her administrative remedies regarding that
23 determination, the parties contemplate that plaintiff will bring a motion for attorneys' fees and
24 costs incurred in the litigation, if the parties are unable, after meeting and conferring, to resolve
25 plaintiff's claim for attorneys' fees and costs informally, understanding that the parties may
26 dispute which fees and costs are recoverable and which are not recoverable as legal services
27 rendered in connection with the administration of Plaintiff's claim.
28

Accordingly, the parties request that all pending dates in this matter be taken off calendar, including the supplemental briefing dates set forth in the Court's Order Directing Parties to File Supplemental Briefs (ECF No. 37).  The parties further agree that plaintiff's discovery and notice of deposition are withdrawn, and responses thereto, presently due October 29, 2014, are not required.

The parties request that a further Case Management Conference be scheduled for February 24, 2015.

SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED:

DATED:  October 27, 2014        THE GREY LAW FIRM, P.C.


By: /s/ *Rebecca Grey* (as authorized on 10/27/2014)
    Rebecca Grey
    Lauren Curtis
    Attorneys for Plaintiff
    MIRELLA HARRISON


DATED:  October 27, 2014        SEDGWICK LLP


By: /s/ *Rebecca A. Hull*
    Rebecca A. Hull
    Erin A. Cornell
    Attorneys for Defendants
    METROPOLITAN LIFE INSURANCE COMPANY and KAISER PERMANENTE FLEXIBLE BENEFITS PLAN, incorrectly sued herein as KAISER FOUNDATION HEALTH PLAN, INC.

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter is stayed pending the remand of plaintiff's claim for long term disability benefits under the Plan's "any occupation" definition of disability. All dates currently pending before this Court are vacated.

IT IS SO ORDERED.

DATED: October 28, 2014

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE